United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 16, 2007**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20366
_____


ROBERT WILLIAMS, JR.; DAVID WILLIAMS,

Plaintiffs-Counter Defendants-Appellants,

versus


AMERUS LIFE INSURANCE CO.,

Defendant-Third Party Plaintiff-Counter Claimant-
Counter Defendant-Appellee,

versus

ANNE WILLIAMS,

Third Party Defendant-Counter Claimant-Appellant.

---

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division
Docket No. 4:03-CV-4692

---

Before JONES, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Having reviewed the briefs and pertinent portions of the record, the court affirms the denial of relief for essentially the reasons stated by the district court. The court also affirms the district court's award of sanctions against the Williamses and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

their attorneys.

Additionally, the court awards sanctions against the Williamses in the amount of $5,000 for the prosecution of a frivolous appeal. See FED. R. APP. P. 38.

**AFFIRMED; SANCTIONS AWARDED.**